[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-15744
Non-Argument Calendar
_____

D.C. Docket No. 3:11-cr-00008-WKW-CSC-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY DARELL TALLIE,
a.k.a. Pokie,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Middle District of Alabama
_____

(December 5, 2016)

Before WILSON, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

Tilden Haywood, appointed counsel for Anthony Tallie in this appeal from the denial of Tallie's construed motion for a sentence reduction under Fed. R. Crim. P. 35(b), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the denial of Tallie's motion is **AFFIRMED**.